FILED

JAN 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATTHEW ALLEN EATON,

Defendant - Appellant.

No. 10-50162

D.C. No. 3:09-cr-03366-IEG

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Irma E. Gonzalez, Chief District Judge, Presiding

Submitted December 14, 2010[**]

Before:     GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Matthew Allen Eaton appeals from the 27-month sentence imposed

following his guilty-plea conviction for conspiracy to transport stolen property in

interstate and foreign commerce, in violation of 18 U.S.C. §§ 371 and 2314.  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Eaton contends that the district court erred by imposing a two-level upward adjustment under U.S.S.G. § 3B1.4 for using a minor to commit a crime. The record reflects that the district court did not clearly err in finding that Eaton affirmatively used his children in the conspiracy. *See United States v. Castro-Hernandez*, 258 F.3d 1057, 1060-61 (9th Cir. 2001).

**AFFIRMED.**